IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GRADY NEWINGHAM,
ADC #108395                                                                                   PLAINTIFF

v.                                         5:06CV00325BSM/HLJ

GREG HARMON, et al.                                                                DEFENDANTS

## ORDER

Plaintiff's motion to dismiss defendant Kay Wade from his complaint (DE #67) is hereby GRANTED.

IT IS SO ORDERED this 18th day of November, 2008.

_____
United States District Judge