IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GRADY NEWINGHAM                                              PLAINTIFF

Vs                         CASE NO. 5:06CV00325 BSM

GREG HARMON AND DAVID WESTBROOK                    DEFENDANTS

## JUDGMENT

Pursuant to the verdict returned by the jury on January 7, 2009 in favor of the defendants Greg Harmon and David Westbrook against the plaintiff, following three days of trial;

IT IS ORDERED, ADJUDGED AND DECREED that, on all claims, judgment is rendered for the defendants Greg Harmon and David Westbrook and plaintiff's claims are dismissed with prejudice.

IT IS SO ORDERED this 12th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE